AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-05884-AT-RDC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Chex Syttems Inc.
was recieved by me on 10/16/2025:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **C T Corporation System**, who is designated by law to accept service of process on behalf of **Chex Syttems Inc.** at 289 S Culver St, Lawrenceville, GA 30046 on 10/17/2025 at 8:52 AM; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 85.00 for services, for a total of $ 85.00.

I declare under penalty of perjury that this information is true.

Date:   OCT 1 7 2025

*Server's signature*

Marsha Lausman
*Printed name and title*

3769 Tupelo Trail
Auburn, GA 30011

*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents, SUMMONS; CIVIL COVER SHEET; COMPLAINT, to C T Corporation System, REGSITERED AGENT with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 55-65 years of age, 6'0"-6'2" tall and weighing 200-240 lbs with glasses. Jayne Richardson, SOP




Tracking #: 0191146785

**Georgia Certified Process Server**

Marsha Lausman

Cert. Date 07/26/2025
Exp. Date 07/26/2028
ID #  CPS#141

NON LAW ENFORCEMENT