IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**GARY MITCHELL,**

    **Plaintiff,**

CIVIL ACTION NO.
1:25-cv-5884-AT-RDC

v.

**CHEX SYSTEMS INC,**

    **Defendant.**

## ORDER

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**SO ORDERED** this 23rd day of October, 2025.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**