IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GARY MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>CHEX SYSTEMS INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:25-cv-05884-SDG-RDC |

### ORDER

Defendant has moved, with Plaintiff's consent, to extend the deadline to respond to Plaintiff's complaint from November 7, 2025 through December 8, 2025. (Doc. 5). This is the first such extension request. The motion is **GRANTED**. Defendant must answer or otherwise respond to Plaintiff's complaint by **DECEMBER 8, 2025**.

IT IS SO **ORDERED** on this 4th day of November 2025.

*R. Cannon*
REGINA D. CANNON
United States Magistrate Judge